(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

2021 OCT -8 PM 3: 11
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

__CARnethia Seward__
(Name of Plaintiff or Plaintiffs)

v.

__Barkley Bank De__

(Name of Defendant or Defendants)

Civ. Action No. __21-1436__
(To be assigned by Clerk's Office)

**COMPLAINT FOR
EMPLOYMENT DISCRIMINATION**
(Pro se)

Jury Demand?
☐ Yes
☐ No

1. This action is brought pursuant to (check all spaces that apply):

   ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   ☒ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is:_____.

   ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

   ☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2. Plaintiff resides at __Hope Cener 365__
   (Street Address)
   __new Castel__  ____  __De__  __19720__
   (City)        (County)  (State)  (Zip Code)
   __302-328-6200__  Attach additional sheets if more than one Plaintiff.
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __100 west st__
   (Street Address)
   __Wilmington__  ____  __De__  __18801__
   (City)        (County)  (State)  (Zip Code)

**Attach additional sheets if more than one Defendant.**

__302-255-8000__

1

4.  The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's __Barclay Bank__ place of business
(Defendant's Name)
located at __100 West St__
(Street Address)
__Wilmington         De        19801__
City     (County)      (State)      (Zip Code)

5.  The alleged discriminatory acts occurred on __April__, __28__, __2017__
(Day) (Month) (Year)

6.  The alleged discriminatory practice ☐ is ☑ is not continuing.

7.  On __2__, __June__, __2017__, Plaintiff filed charges
(Day) (Month) (Year)
with the Department of Labor of the State of Delaware: __Industal Affairs__
(Agency)
__Wilmington   De__
(Street Address)   (City)   (County)
__De__ _____, regarding defendant's alleged discriminatory conduct.
(State)   (Zip Code)

8.  On ____, ____, ____, Plaintiff filed charges
(Day) (Month) (Year)
with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged discriminatory conduct.

9.  The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: __29__, __July__, __2021__.
(Day) (Month) (Year)

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:

    A. ☐ Failure to employ plaintiff.
    B. ☑ Termination of plaintiff's employment. Plaintiff was terminated from employment on the following date: __May 1, 2017__.
    C. ☐ Failure to promote plaintiff. Plaintiff was refused a promotion on the following date: _____.
    D. ☑ Other acts (please specify): __plaintiff was never promoted in 2016 even tho I mad insitive every month plaintiff was bullied and Stacked by Matt Laying Bullied By Vangie witt manager Regestd I get another__

11. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):
__Letter of Accomidation even tho one was Already given. Matt made Digatory Remarks about my age wt__

2

    A. ☒ Plaintiff's race
    B. ☒ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☐ Plaintiff's national origin
    F. ☒ Plaintiff's age
    G. ☒ Plaintiff's disability

12. A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE: ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

**THEREFORE**, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

    A. ☒ Injunctive relief (specify what you want the Court to order): _A written Appology for the wrong Doing_
    B. ☒ Back pay.
    C. ☐ Reinstatement to former position.
    D. ☒ Monetary damages in the amount of _30,000_.
    E. ☒ That the Court appoint legal counsel.
    F. ☒ Such relief as may be appropriate, including costs and attorney's fees.
    G. ☒ Other (specify): _therpy Because I have A/gh MAre_

**I/We declare under penalty of perjury that the foregoing is true and correct.**

Dated: _10/8/21_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

---

**NOTICE**
Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

3) Defendant Employee saw the Defendant out getting groceries after I got out the Hospital. The Employee Took pictures of me without me knowing then took them to work and showed Everyone. I called the cops but they said it was nothing they could do and 2 tell my Employer which i did. I have Tex massages on my phone from the person atmitting they took the pictures. So Tramatised that sometimes I do not go outside for fear they may see me and take more pictures. I also Tried to kill my self 2 in willinton Hospital. I do see a Psk Dr But I need more therpy help to coap with the hurrer they have

Carnohia steward alleged me