IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CARNETHIA O. STEWARD, )
)
Plaintiff, )
)
v. ) C.A. No. 21-cv-1436-CFC
)
BARCLAY BANK DE, )
)
Defendant. )
)

**STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by Plaintiff and Defendant that this action against Defendant is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), with all parties to bear their own costs and attorneys' fees.

_____
Carnethia O. Steward

Date: January 11, 2024

MORGAN, LEWIS & BOCKIUS LLP

/s/ Jody C. Barillare
_____
Jody C. Barillare (#5107)
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, DE 19801
302.574.3000
jbarillare@morganlewis.com

Joanne M.F. Wilcomes (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
212.309.6739
joanne.wilcomes@morganlewis.com
*Attorneys for Defendant*

**SO ORDERED**, this 12th day of January, 2024.

_____
United States District Court Judge